Certificate Number: 14912-PAE-DE-034007817

Bankruptcy Case Number: 19-17827



14912-PAE-DE-034007817

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2020, at 3:43 o'clock PM EST, Ian Heckman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 27, 2020            By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor