H & H Construction Management LLC
1042 Columbia Ave, Ste 1
Sinking Spring, PA 19608


Ian C Heckman
4187 Hill Terrace Drive
Sinking Spring, PA 19608


Direct Deposit

---

| Employee Pay Stub | Check number: | | Pay Period: 10/13/2019 - 10/26/2019 | Pay Date: 11/01/2019 |
|---|---|---|---|---|
| **Employee** | | | **SSN** — **Status (Fed/State)** | **Allowances/Extra** |
| Ian C Heckman, 4187 Hill Terrace Drive, Sinking Spring, PA 19608 | | | ***-**       Married/Withhold | Fed-8/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 54:00 | 39.00 | 2,106.00 | 10,452.00 |
| NJ Straight Time | 26:00 | 39.00 | 1,014.00 | 2,028.00 |
| | 80:00 | | 3,120.00 | 12,480.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berks EIT | -31.20 | -124.80 |
| Local Services Tax | -2.00 | -8.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -150.00 | -600.00 |
| Social Security Employee | -193.44 | -773.76 |
| Medicare Employee | -45.24 | -180.96 |
| PA - Withholding | -95.78 | -383.12 |
| PA - Unemployment Employee | -1.87 | -7.49 |
| | -519.53 | -2,078.13 |

| Direct Deposit | Amount |
|---|---|
| Checking - * ■■■ | 2,600.47 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 47:00 |
| YTD | | | |

**Memo**
Direct Deposit

| **Net Pay** | **2,600.47** | **10,401.87** |

H & H Construction Management LLC
1042 Columbia Ave, Ste 1
Sinking Spring, PA 19608

Ian C Heckman
4187 Hill Terrace Drive
Sinking Spring, PA 19608

Direct Deposit

---

**Employee Pay Stub**     Check number:          Pay Period: 11/24/2019 - 12/07/2019          Pay Date: 12/13/2019

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Ian C Heckman, 4187 Hill Terrace Drive, Sinking Spring, PA 19608 | | | | | | Married/Withhold | Fed-8/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 46:00 | 39.00 | 1,794.00 | 17,238.00 |
| NJ Straight Time | 10:00 | 39.00 | 390.00 | 3,666.00 |
| Paid Holiday | 16:00 | 39.00 | 624.00 | 624.00 |
| Hourly Vacation | 8:00 | 39.00 | 312.00 | 312.00 |
|  | 80:00 |  | 3,120.00 | 21,840.00 |

| Direct Deposit | Amount |
|---|---|
| Checking - *****  | 2,600.47 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 |  | 39:00 |
| YTD |  | 8:00 |  |

**Memo**
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Berks EIT | -31.20 | -218.40 |
| Local Services Tax | -2.00 | -14.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -150.00 | -1,050.00 |
| Social Security Employee | -193.44 | -1,354.08 |
| Medicare Employee | -45.24 | -316.68 |
| PA - Withholding | -95.78 | -670.46 |
| PA - Unemployment Employee | -1.87 | -13.10 |
|  | -519.53 | -3,636.72 |
| **Net Pay** | **2,600.47** | **18,203.28** |

H & H Construction Management LLC
1042 Columbia Ave, Ste 1
Sinking Spring, PA 19608

Ian C Heckman
4187 Hill Terrace Drive
Sinking Spring, PA 19608

Direct Deposit

| Employee Pay Stub | | Check number: | | | Pay Period: 12/08/2019 - 12/21/2019 | | | Pay Date: 12/27/2019 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Ian C Heckman, 4187 Hill Terrace Drive, Sinking Spring, PA 19608 | | | | | | Married/Withhold | | Fed-8/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Straight Time | 60:00 | 39.00 | 2,340.00 | 19,578.00 | Checking - **** | | | 2,600.46 |
| NJ Straight Time | 20:00 | 39.00 | 780.00 | 4,446.00 | | | | |
| Paid Holiday | | | | 624.00 | Vacation | Accrued | Used | Available |
| Hourly Vacation | | | | 312.00 | Current | 0:00 | | 39:00 |
| | 80:00 | | 3,120.00 | 24,960.00 | YTD | | 8:00 | |
| **Taxes** | | | Current | YTD Amount | **Memo** | | | |
| Berks EIT | | | -31.20 | -249.60 | Direct Deposit | | | |
| Local Services Tax | | | -2.00 | -16.00 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -150.00 | -1,200.00 | | | | |
| Social Security Employee | | | -193.44 | -1,547.52 | | | | |
| Medicare Employee | | | -45.24 | -361.92 | | | | |
| PA - Withholding | | | -95.78 | -766.24 | | | | |
| PA - Unemployment Employee | | | -1.88 | -14.98 | | | | |
| | | | -519.54 | -4,156.26 | | | | |
| | | | 2,600.46 | 20,803.74 | | | | |

H & H Construction Management LLC
1042 Columbia Ave, Ste 1
Sinking Spring, PA 19608

Ian C Heckman
4187 Hill Terrace Drive
Sinking Spring, PA 19608

Direct Deposit

---

**Employee Pay Stub**  Check number:    Pay Period: 12/22/2019 - 01/04/2020    Pay Date: 01/10/2020

**Employee**

Ian C Heckman, 4187 Hill Terrace Drive, Sinking Spring, PA 19608

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 24:00 | 39.00 | 936.00 | 936.00 |
| Paid Holiday | 16:00 | 39.00 | 624.00 | 624.00 |
| Hourly Vacation | 24:00 | 39.00 | 936.00 | 936.00 |
| NJ Straight Time | 16:00 | 39.00 | 624.00 | 624.00 |
| Payout of unused vacation time | 7:00 | 19.50 | 136.50 | 136.50 |
|  | 87:00 |  | 3,256.50 | 3,256.50 |

| Direct Deposit | Amount |
|---|---|
| Checking - | 2,708.89 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 |  | 7:00 |
| YTD |  | 24:00 |  |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Berks EIT | -32.57 | -32.57 |
| Local Services Tax | -2.00 | -2.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -162.00 | -162.00 |
| Social Security Employee | -201.90 | -201.90 |
| Medicare Employee | -47.22 | -47.22 |
| PA - Withholding | -99.97 | -99.97 |
| PA - Unemployment Employee | -1.95 | -1.95 |
|  | -547.61 | -547.61 |

| Net Pay |  | 2,708.89 | 2,708.89 |
|---|---|---|---|

H & H Construction Management LLC
1042 Columbia Ave, Ste 1
Sinking Spring, PA 19608

Ian C Heckman
4187 Hill Terrace Drive
Sinking Spring, PA 19608

Direct Deposit

---

**Employee Pay Stub**    Check number:    Pay Period: 10/27/2019 - 11/09/2019    Pay Date: 11/15/2019

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Ian C Heckman, 4187 Hill Terrace Drive, Sinking Spring, PA 19608 | | Married/Withhold | Fed-8/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 64:00 | 39.00 | 2,496.00 | 12,948.00 |
| NJ Straight Time | 16:00 | 39.00 | 624.00 | 2,652.00 |
| | 80:00 | | 3,120.00 | 15,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berks EIT | -31.20 | -156.00 |
| Local Services Tax | -2.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -150.00 | -750.00 |
| Social Security Employee | -193.44 | -967.20 |
| Medicare Employee | -45.24 | -226.20 |
| PA - Withholding | -95.78 | -478.90 |
| PA - Unemployment Employee | -1.87 | -9.36 |
| | -519.53 | -2,597.66 |

| Direct Deposit | Amount |
|---|---|
| Checking - | 2,600.47 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 47:00 |
| YTD | | | |

Memo

Direct Deposit

**Net Pay**    2,600.47    13,002.34