| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Ian**                  **Heckman** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | |
| Case number (if known) | **19-17827** | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt      04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Residence**<br>**Zillow value as of 12/17/19 is $337,399. Value asserted is less a 10% cost of hypothetical liquidation. Value reduced by undivided 50% share of equity ($17150.20) attributable to non-filing spouse**<br>Line from *Schedule A/B*:   **1.1** | $288,963.20 | ☑ $17,150.20<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>**Disney Vacation Club 240 points Purschased for $20,000 in 2011; Good for 50 years total**<br>Line from *Schedule A/B*:   **1.2** | $10,000.00 | ☑ $4,072.80<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 1

Debtor 1   **Ian Heckman**                                  Case number (if known) **19-17827**

## Part 2:   Additional Page

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **2013 Toyota Tacoma (approx. 81,000 miles) 2013 Toyota Tacoma, 4wd 4 door** Line from *Schedule A/B*: **3.1** | $20,000.00 | ☑ $3,768.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **Kitchen, living room, family room, dining room, basement, 4 bewdrooms, 2.5 bathrooms, laudnry room, garage, shed -- all contents inocporated by reference** Line from *Schedule A/B*: **6** | $5,000.00 | ☑ $5,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **3 TVs, 2 laptops, desktop, 2 tablets, xbox** Line from *Schedule A/B*: **7** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Wife's personal artwork including mosaic mirrors; coins (2016 silver dollars)** Line from *Schedule A/B*: **8** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **4 bikes, weight set** Line from *Schedule A/B*: **9** | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Clothing** Line from *Schedule A/B*: **11** | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Wife's wedding ring/engagement, apple watch, great grandfther's gold watch** Line from *Schedule A/B*: **12** | $750.00 | ☑ $750.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **Cash** Line from *Schedule A/B*: **16** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Capital Bank (OpenSky) Secured Credit Card Account** Line from *Schedule A/B*: **17.5** | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Official Form 106C            **Schedule C: The Property You Claim as Exempt**            page 2

| Debtor 1 | Ian Heckman | Case number (if known) | 19-17827 |
|---|---|---|---|

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **M&T Bank Custodial Account (son). Balance is $7,287.63** <br> Line from Schedule A/B: **17.6** | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **M&T Bank Custodial Account (daughter) Balance is $9,647.71** <br> Line from Schedule A/B: **17.7** | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **M&T Checking account** <br> Line from Schedule A/B: **17.1** | $3,651.94 | ☑ $3,651.94 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Venmo App Account** <br> Line from Schedule A/B: **17.8** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Citizens Checking account 0199** <br> Line from Schedule A/B: **17.2** | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Citizens Savings account 3474** <br> Line from Schedule A/B: **17.3** | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Citizens Checking account 0563** <br> Line from Schedule A/B: **17.4** | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Prudentinal IRA** <br> Line from Schedule A/B: **21** | $4,983.95 | ☑ $4,983.95 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description: **Prudential Whole Life - child's account** <br> Line from Schedule A/B: **31** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |

Debtor 1   **Ian Heckman**                                  Case number (if known)  **19-17827**

| Part 2: | Additional Page |

**Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |

Copy the value from *Schedule A/B* | *Check only one box for each exemption*

Brief description:
**Prudential Whole Life - child's account**

Line from *Schedule A/B*:  **31**

Current value: $100.00

☑ $100.00
☐ 100% of fair market value, up to any applicable statutory limit

11 U.S.C. § 522(d)(8)

---

Official Form 106C           Schedule C: The Property You Claim as Exempt           page 4