| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Ian**      **Heckman** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | |
| Case number (if known) | **19-17827** | ☑ Check if this is an amended filing |

Official Form 106G

**Schedule G: Executory Contracts and Unexpired Leases**  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**     **State what the contract or lease is for**

   2.1   **Hyundai Capital**     **2019 Kia Forte**
   Name     **Contract to be ASSUMED**
   **POB 269011**
   Number  Street

   **Plano**    **TX**    **75026**
   City  State  ZIP Code

   2.2   **Mazda Capital**     **2016 Mazda CX9**
   Name     **Contract to be ASSUMED**
   **PO Box 901003**
   Number  Street

   **Ft Worth**    **TX**    **76101-2003**
   City  State  ZIP Code

   2.3   **Toll House Shoppes**     **Lease of commercial real estate**
   Name     **Contract to be ASSUMED**
   Number  Street

   City  State  ZIP Code