United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                       Case No. 19-17827-pmm
Ian Heckman                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith                 Page 1 of 1               Date Rcvd: Jun 24, 2020
                               Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db            +Ian Heckman,    4187 Hill Terrace Drive,    Sinking Spring, PA 19608-9365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
            LYNN E. FELDMAN     trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
            REBECCA ANN SOLARZ     on behalf of Creditor     Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
            STEPHEN MCCOY OTTO     on behalf of Debtor Ian   Heckman steve@sottolaw.com,   info@sottolaw.com,
             no_reply@ecf.inforuptcy.com
            United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Ian Heckman : Case No. 19−17827−pmm
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 24, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

18
Form 195