```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 19-17827-pmm
Ian Heckman                                                    Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-4          User: Keith              Page 1 of 2          Date Rcvd: Jun 24, 2020
                              Form ID: 318             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db             +Ian Heckman,    4187 Hill Terrace Drive,    Sinking Spring, PA 19608-9365
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14440415       +A.B. Martin Roofing Supply,    82 Garden Spot Road,    Ephrata, PA 17522-9766
14440416       +Aluminum Building Products,    601 S 5th St,    Reading, PA 19602-2650
14440417       +Capital One Auto Finance,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14440420       +Cenlar FSB,    PO Box 77404,    Ewing, NJ 08628-6404
14440424       +Dennise L. Heckman,    4187 Hill Terrace Drive,    Sinking Spring, PA 19608-9365
14440425       +Ebersole Electric LTD,    1980 Jay St,    Lebanon, PA 17046-1825
14440427       +FUNDATION FINANCE CO,    7802 MEADOW ROCK DRIVE,    WESTON, WI 54476-5262
14440426       +Fisher's Rental,    2698 Bernville Road Rte 183,    Reading, PA 19605-9317
14440428       +James Koppenhaver, PE,    575 Van Reed Rd,    Wyomissing, PA 19610-1769
14440429       +Lanco Concrete Supply,    409 S 7th St,    Akron, PA 17501-1466
14440430       +Lending Club Corporation,    595 Market Street,    Suite 400,    San Francisco, CA 94105-5839
14440432       +Malsnee Title & Stone Inc,    1106 Stinson Drive,    Leesport, PA 19533-9332
14440435       +Universal CD CBNA,    POB 6241,    Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLEFELDMAN.COM Jun 25 2020 08:58:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 05:20:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2020 05:20:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14440419        E-mail/Text: bzern@celticbank.com Jun 25 2020 05:21:41      CELTIC BANK CORP,
                 268 S State St Ste 300,    Salt Lake City, UT  84111-5314
14440421        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 25 2020 05:19:22      Citizens Bank,
                 1 Citizens Drive,    Riverside, RI  02915
14440433        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 25 2020 05:19:22      RBS Citizens NA,
                 1000 Lafayette Blvd,    Bridgeport, CT  06604
14440418        EDI: CAPITALONE.COM Jun 25 2020 08:58:00      Capital One Bank USA NA,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
14440423        E-mail/PDF: creditonebknotifications@resurgent.com Jun 25 2020 05:14:18      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV  89193-8872
14440431        EDI: RMSC.COM Jun 25 2020 08:58:00      Lowe's Home Centers LLC,    PO Box 965054,
                 Orlando, FL 32896-5054
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14440422       ##+Cliff Seewagen,    110 Treichler Road,    Alburtis, PA 18011-2033
14440434       ##+Ronnie C Folk Paving Inc,    588 Water St,    Shoemakersville, PA 19555-1308
                                                                                    TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: Keith              Page 2 of 2              Date Rcvd: Jun 24, 2020
                               Form ID: 318             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Ian  Heckman steve@sottolaw.com,   info@sottolaw.com,
               no_reply@ecf.inoruptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ian Heckman** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4691** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **19–17827–pmm** | | |

# Order of Discharge                                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ian Heckman

6/24/20                                                          **By the court:**  Patricia M. Mayer
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318          **Order of Discharge**          page 2